UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**RHONDA C HEBERT**  **CASE NO. 6:23-CV-00231**

**VERSUS**  **JUDGE TERRY A. DOUGHTY**

**EXPEDITORS & PRODUCTION SERVICES CO INC ET AL**  **MAGISTRATE JUDGE DAVID J. AYO**

## JUDGMENT

For the reasons set forth in the Court's Memorandum Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant, EPS Medical Solutions, LLC ("EPS") Cross-Motion for Summary Judgment [Doc. No. 39] is **GRANTED**, and Plaintiff's negligence claims against EPS are hereby **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 14th day of June 2024.

_____
Terry A. Doughty
United States District Judge