UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**RHONDA C HEBERT**     **CASE NO. 6:23-CV-00231**

**VERSUS**     **JUDGE TERRY A. DOUGHTY**

**EXPEDITORS & PRODUCTION SERVICES CO INC ET AL**     **MAGISTRATE JUDGE DAVID J. AYO**

## JUDGMENT

For the reasons set forth in the Court's Memorandum Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant, Hornbeck Offshore Services, LLC ("Hornbeck") Motion for Summary Judgment [Doc. No. 55] is **GRANTED**, and Plaintiff's unseaworthiness and negligence claims against Hornbeck are hereby **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 28th day of June 2024.

_____
Terry A. Doughty
United States District Judge